USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel A. Molina Marquez, and Marigla M. Molina Marquez Next Friend., <br><br> Petitioner, <br><br> -against- <br><br> LAWRENCE CATLETTI, in his official capacity as Colonel of Correctional Command Staff for Orange County, New York. MARCUS CHARLES, in his official capacity as acting Executive Associate Director, Enforcement and Removal Operations WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement, <br><br> Respondents. | 1:26-cv-00677 (MKV) <br><br> ORDER TO ANSWER, 28 U.S.C. § 2241 |

MARY KAY VYSKOCIL, United States District Judge:

Petitioner has, through next of friend Marigla M. Molina Marquez who is Petitioner's sister, filed a Petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. [ECF No. 1]. Petitioner has also filed an emergency motion for a temporary restraining order ("TRO"), [ECF No. 3], as well as a proposed order that would restrain Respondents, pending consideration of the underlying Petition, from (1) "attempting to remove the Petitioner outside of the jurisdiction of the U.S. District Court for the Southern District of New York"; (2) "removing Petitioner from the United States"; and (3) "from moving Petitioner unless seventy-two (72) hours written notice of any movement is provided to petitioner's counsel[.]" [ECF No. 4].

The Court, having examined the Petition and motion for a TRO, hereby ORDERS that:

2

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York at jeffrey.oestericher@usdoj.gov that this Order has been issued.

IT IS FURTHER ORDERED that by **January 30, 2026,** Respondents shall file an answer, or other pleading, and a memorandum of law in response to the Petition and to Petitioner's motion for a TRO.  Petitioner must file a reply by **February 6, 2026**.

**SO ORDERED.**

Dated:   January 27, 2026
             New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge