**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MANUAL A. MOLINA MARQUEZ | CIVIL ACTION NO. 26-0390 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LAWRENCE CATLETTI, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**ORDER**

Before the Court is a Notice of Material Change in Circumstance filed by petitioner, Manuel A. Molina Marquez. Record Document 39. The notice indicates that the Board of Immigration Appeals granted petitioner's motion to withdraw his appeal, so the removal order is now final, and petitioner is detained under 8 U.S.C. § 1231. Because the statute governing his detention has changed, petitioner requests that this action be dismissed without prejudice. Respondents do not object.

The Court stayed these proceedings, Record Document 38, pending the Fifth Circuit's en banc decision in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026), which addressed the scope of the liberty interest against government detention afforded to illegal aliens under the Due Process Clause of the Fifth Amendment. Considering the foregoing,

**IT IS ORDERED** that the stay is **LIFTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE